IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

AMANDA THARP, et al.,

          Plaintiffs,

v.                                       CIVIL ACTION NO.   5:13-cv-03371

GENERAL ELECTRIC COMPANY,

          Defendant.

**ORDER OF DISMISSAL**

On January 17, 2014, the Plaintiffs filed a petition requesting permission to settle this matter, involving minor children, under the provisions of W.Va. Code § 44-10-14.  (Document 104).  This Court appointed a guardian ad litem and held a summary proceeding on February 13, 2014, during which the Court approved the proposed settlement, finding it to be fair, reasonable, and in the best interests of the minor children.  (Documents 105, 109.)  The parties indicated that several days might be needed to finalize and execute the settlement, and that there was an outstanding issue regarding a protective order.  In response to the parties' filings, the Court entered an order setting forth the procedures for handling confidential documents on March 28, 2014.  (Document 114.)  In that Order, the Court further notified the parties that it would enter a final dismissal order after fourteen (14) days, during which time the parties were to finalize the settlement.  On this date, the Court was advised by counsel that all necessary signatures have been obtained and settlement has been finalized.

Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining

requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court.

It is further **ORDERED** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

ENTER: April 14, 2014

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA